IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| LIONELL WEST | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-90 |
| THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § | |

## MEMORANDUM OPINION AND ORDER
### OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

Plaintiff, Lionell West, a prisoner currently confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants The Texas Department of Criminal Justice, Transportation Officers FNU Brown, John Doe 1, and John Doe 2.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed without prejudice as repetitious.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the records, and pleadings. Plaintiff filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

As outlined by the Magistrate Judge, a review of the present complain reveals it is identical in substance and form to the complaint also filed by plaintiff in Civil Action No. 9:17cv158 (E.D. Tex.). The latter case is currently pending before this Court.

<u>ORDER</u>

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

So ORDERED and SIGNED January 3, 2019.

Ron Clark
Senior District Judge